Peter S. Partee (PP-0766)
Scott H. Bernstein (SB-8966)
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000 (telephone)
(212) 309-1100 (facsimile)

Benjamin C. Ackerly (admitted *pro hac vice*)
Jason W. Harbour (admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200 (telephone)
(804) 788-8218(facsimile)

*Attorneys for Bell Atlantic Tricon Leasing Corporation
and Verizon Capital Corp.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                :
In re:                                          :
                                                :
DELTA AIR LINES, INC., et al.,                  :     Chapter 11
                                                :     Case No. 05-17923 (ASH)
                    Debtors.                    :     (Jointly Administered)
                                                :
-----------------------------------------------------------------x

## NOTICE OF APPEAL

Bell Atlantic Tricon Leasing Corporation and Verizon Capital Corp., by and through their undersigned counsel, creditors in the above-captioned jointly administered bankruptcy cases, hereby appeal pursuant to 28 U.S.C. § 158(a) to the United States District Court for the Southern District of New York from the *Order Granting Debtors' Fourth Omnibus Objection to the Allowance of Certain Aircraft Claims Relating to Tail Nos. N806DE, N968DL, N969DL, N970DL and N977DL* [Docket No. 7227] entered in these cases on June 26, 2008 (the "Order")

by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (Hon. Adlai S. Hardin), which sustained the *Reorganized Debtors' Fourth Omnibus Objection to the Allowance of Certain Aircraft Claims: TIA Claims and SLV Claims* [Docket No. 7103] (the "Omnibus Objection") with respect to TIA Claims numbered 6218, 6219, 6220, 6221 and 6222 relating to the aircraft bearing the FAA registration numbers N806DE, N968DL, N969DL, N970DL and N977DL.  A true and complete copy of the Order is annexed hereto as **Exhibit A**.  True and complete copies of the *Civil Cover Sheet* and *Explanation of Why Cases are Deemed Related* are annexed hereto as **Exhibit B**.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Counsel** |
|---|---|
| Appellants | |
| Bell Atlantic Tricon Leasing Corporation Verizon Capital Corp. | Peter S. Partee, Esq. Scott H. Bernstein, Esq. HUNTON & WILLIAMS LLP 200 Park Avenue, 53rd Floor New York, New York  10166-0136 (212) 309-1000 (telephone) (212) 309-1100 (facsimile) |
| | Benjamin C. Ackerly, Esq. Jason W. Harbour, Esq. HUNTON & WILLIAMS LLP Riverfront Plaza, East Tower 951 East Byrd Street Richmond, Virginia 23219-4074 (804) 788-8200 (telephone) (804) 788-8218 (facsimile) |

<u>Appellees</u>

| | |
|---|---|
| Delta Air Lines, Inc. | Michael E. Wiles, Esq.<br>Richard F. Hahn, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000 (telephone)<br>(212) 909-6836 (facsimile) |
| Post-Effective Date Committee<br>of Delta Air Lines, Inc. | David H. Golden, Esq.<br>David H. Botter, Esq.<br>Mitchell P. Hurley, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>590 Madison Avenue<br>New York, NY 10022<br>(212) 872-1000 (telephone)<br>(212) 872-1002 (facsimile) |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Interested Parties

| | |
|---|---|
| Ad Hoc Committee of Senior Secured Aircraft Creditors and The Bank of New York as Indenture Trustee | Michael M. Elliot, Esq.<br>Michael J. Reilly, Esq.<br>Joshua Dorchak, Esq.<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 705-7000 (telephone)<br>(212) 752-5378 (facsimile) |

Dated: New York, New York
       July 7, 2008

                                      HUNTON & WILLIAMS LLP

                                      By: /s/ Scott H. Bernstein
                                      Peter S. Partee (PP-0766)
                                      Scott H. Bernstein (SB-8966)
                                      200 Park Avenue, 53rd Floor
                                      New York, New York 10166-0136
                                      (212) 309-1000 (telephone)
                                      (212) 309-1100 (facsimile)
                                      ppartee@hunton.com
                                      sbernstein@hunton.com

                                      -and-

                                      Benjamin C. Ackerly (admitted *pro hac vice*)
                                      Jason W. Harbour (admitted *pro hac vice*)
                                      Riverfront Plaza, East Tower
                                      951 East Byrd Street
                                      Richmond, Virginia 23219-4074
                                      (804) 788-8200 (telephone)
                                      (804) 788-8218(facsimile)
                                      backerly@hunton.com
                                      jharbour@hunton.com

                                      *Attorneys for Bell Atlantic Tricon Leasing Corporation and Verizon Capital Corp.*