UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :
DELTA AIR LINES, INC., et al.,                              :   Chapter 11
                                                            :   Case No. 05-17923 (ASH)
                                    Debtors.                :   (Jointly Administered)
                                                            :
------------------------------------------------------------x
                                                            :
BELL ATLANTIC TRICON LEASING                                :
CORPORATION and VERIZON CAPITAL                             :   08-CV-6879 (RMB)
CORP.,                                                      :
                                                            :
                                    Appellants,             :
                                                            :
    - against -                                             :
                                                            :
DELTA AIR LINES, INC. and                                   :
POST-EFFECTIVE DATE COMMITTEE OF                            :
DELTA AIR LINES, INC.,                                      :
                                                            :
                                    Appellees.              :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS
COUNTY OF NEW YORK   )

Scott H. Bernstein, being duly sworn, deposes and says:

1.   I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP.  My business address is 200 Park Avenue, 53rd Floor, New York, New York 10166.

2.   On August 18, 2008, I served a true and correct copy of the *Appellants' Opening Brief on Appeal* by Federal Express upon (i)Debevoise & Plimpton LLP, Attn: Michael E. Wiles, Esq. and Richard F. Hahn, Esq., 919 Third Avenue, New York, New York 10022, and (ii)

Akin Gump Strauss Hauer & Feld LLP, Attn: David H. Golden, Esq., David H. Botter, Esq., and Mitchell P. Hurley, Esq., 590 Madison Avenue, New York, New York 10022.

Dated: New York, New York
August 18, 2008

_____
Scott H. Bernstein

Sworn to before me on this
18th day of August 2008

_____
Notary Public

CONSTANCE ANDONIAN
Notary Public, State of New York
No. 01AN4960360
Qualified in Westchester County
Commission Expires December 26, 20___