UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re:                                                           :
                                                                 :
DELTA AIR LINES, INC., et al.,            :   Chapter 11
                                                                 :   Case No. 05-17923 (ASH)
                              Debtors.   :   (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x
BELL ATLANTIC TRICON LEASING             :
CORPORATION and VERIZON CAPITAL          :   08-CV-6879 (RMB)
CORP.,                                                           :
                                                                 :
                              Appellants,  :
                                                                 :   **CORPORATE DISCLOSURE**
     - against -                                          :   **STATEMENT PURSUANT TO**
                                                                 :   **RULE 7.1 OF THE FEDERAL**
DELTA AIR LINES, INC. and                :   **RULES OF CIVIL PROCEDURE**
POST-EFFECTIVE DATE COMMITTEE OF :
DELTA AIR LINES, INC.,                        :
                                                                 :
                              Appellees.   :
-----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judge of this Court to evaluate possible disqualifications or recusal, Bell Atlantic Tricon Leasing Corporation and Verizon Capital Corp. by and through their undersigned counsel hereby certify the following:

1. Verizon Communications, Inc. is a publicly held corporation and is the indirect parent of Verizon Capital Corp., which is not publicly held.

2. Verizon Communications, Inc. is a publicly held corporation and is the indirect parent of Bell Atlantic Tricon Leasing Corporation, which is not publicly held.

2

Dated: New York, New York
       August 18, 2008

HUNTON & WILLIAMS LLP

By: */s/ Scott H. Bernstein*

| | |
|---|---|
| Peter S. Partee | Benjamin C. Ackerly |
| Scott H. Bernstein | Jason W. Harbour |
| 200 Park Avenue, 53rd Floor | Riverfront Plaza, East Tower |
| New York, New York 10166-0136 | 951 East Byrd Street |
| (212) 309-1000 (telephone) | Richmond, Virginia 23219-4074 |
| (212) 309-1100 (facsimile) | (804) 788-8200 (telephone) |
| ppartee@hunton.com | (804) 788-8218 (facsimile) |
| sbernstein@hunton.com | backerly@hunton.com |
| | jharbour@hunton.com |

*Attorneys for Bell Atlantic Tricon Leasing Corporation*
*and Verizon Capital Corp.*