UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                                                       :

In re:                                                             :

DELTA AIR LINES, INC., et al.,                  :        Chapter 11
                                                            :        Case No. 05-17923 (ASH)
                      Debtors.                 :        (Jointly Administered)
                                                            :

------------------------------------------------------------x

BELL ATLANTIC TRICON LEASING      :
CORPORATION and VERIZON CAPITAL   :       08-CV-6879 (RMB)
CORP.,                                                              :

                       Appellants,              :

   - against -                                     :

DELTA AIR LINES, INC. and                  :
POST-EFFECTIVE DATE COMMITTEE OF  :
DELTA AIR LINES, INC.,                      :

                     Appellees.              :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                           ) SS
COUNTY OF NEW YORK  )

      Scott H. Bernstein, being duly sworn, deposes and says:

      1.     I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, 53rd Floor, New York, New York 10166.

      2.     On August 18, 2008, I served a true and correct copy of the *Corporate Disclosure Statement Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure* via Federal Express upon (i) Debevoise & Plimpton LLP, Attn: Michael E. Wiles, Esq. and Richard F. Hahn, Esq., 919

Third Avenue, New York, New York 10022, and (ii) Akin Gump Strauss Hauer & Feld LLP, Attn: David H. Golden, Esq., David H. Botter, Esq., and Mitchell P. Hurley, Esq., 590 Madison Avenue, New York, New York 10022.

Dated: New York, New York
      August 18, 2008

                                                        Scott H. Bernstein

Sworn to before me on this
18th day of August 2008

_____
      Notary Public