UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :
                                                             :
DELTA AIR LINES, INC., et al.,                               :   Chapter 11
                                                             :   Case No. 05-17923 (ASH)
                         Debtors.                            :   (Jointly Administered)
                                                             :
-------------------------------------------------------------x
BELL ATLANTIC TRICON LEASING                                 :
CORPORATION and VERIZON CAPITAL                              :   08-CV-6879 (RMB)
CORP.,                                                       :
                                                             :
                         Appellants,                         :
                                                             :
       - against -                                           :
                                                             :
DELTA AIR LINES, INC. and                                    :
POST-EFFECTIVE DATE COMMITTEE OF                             :
DELTA AIR LINES, INC.,                                       :
                                                             :
                         Appellees.                          :
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS
COUNTY OF NEW YORK   )

Scott H. Bernstein, being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, 53rd Floor, New York, New York 10166.

2. On August 18, 2008, I served a true and correct copy of the *Corporate Disclosure Statement Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure* via Federal Express upon (i) Debevoise & Plimpton LLP, Attn: Michael E. Wiles, Esq. and Richard F. Hahn, Esq., 919

Third Avenue, New York, New York 10022, and (ii) Akin Gump Strauss Hauer & Feld LLP, Attn: David H. Golden, Esq., David H. Botter, Esq., and Mitchell P. Hurley, Esq., 590 Madison Avenue, New York, New York 10022.

Dated: New York, New York
August 18, 2008

_____
Scott H. Bernstein

Sworn to before me on this
18th day of August 2008

_____
Notary Public

CONSTANCE ANDONIAN
Notary Public, State of New York
No. 01AN4960360
Qualified in Westchester County
Commission Expires December 26, 20___