UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:

DELTA AIR LINES, INC., et al.,

                Debtors.

-------------------------------------------------------x

BELL ATLANTIC TRICON LEASING
CORPORATION and VERIZON CAPITAL
CORP.,

                Appellants,

- against -

DELTA AIR LINES, INC. and POST-EFFECTIVE
DATE COMMITTEE OF DELTA AIR LINES,
INC.,

                Appellees.

-------------------------------------------------------x

Chapter 11
Case No. 05-17923 (ASH)
(Jointly Administered)

08 Civ. 6879 (RMB)

**MOTION TO ADMIT
JASON W. HARBOUR AS
COUNSEL *PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Scott H. Bernstein a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Applicant's Name:    Jason W. Harbour
    Firm Name:    Hunton & Williams LLP
    Address:    Riverfront Plaza, East Tower, 951 East Byrd Street
    City/State/Zip:    Richmond, Virginia 23219-4074
    Phone Number:    (804) 788-7233
    Fax Number:    (804) 788-8218

Jason W. Harbour is a member in good standing on inactive status of the bar of the State of Delaware (admitted in March 2002) and a member in good standing of the Virginia State Bar

(admitted in November 2004). Annexed hereto as <u>Exhibit 1</u> are Certificates of Good Standing issued by the Supreme Court of the State of Delaware and the Virginia State Bar.

There are no pending disciplinary proceedings against Jason W. Harbour in any State or Federal court.

Dated:        August 13, 2008
City, State:   New York, New York

                          Respectfully submitted,

_____
Scott H. Bernstein
SDNY Bar Code:    SB-8966
Firm Name:        Hunton & Williams LLP
Address:           200 Park Avenue, 53rd Floor
City/State/Zip:     New York, New York 10166
Phone Number:   (212) 309-1000
Fax Number:      (212) 309-1100

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :
DELTA AIR LINES, INC., et al.,                              :   Chapter 11
                                                            :   Case No. 05-17923 (ASH)
              Debtors.                                      :   (Jointly Administered)
                                                            :
------------------------------------------------------------x
                                                            :
BELL ATLANTIC TRICON LEASING                                :
CORPORATION and VERIZON CAPITAL                             :
CORP.,                                                      :   08 Civ. 6879 (RMB)
                                                            :
              Appellants,                                   :   **AFFIDAVIT OF**
                                                            :   **SCOTT H. BERNSTEIN**
    - against -                                             :   **IN SUPPORT OF MOTION**
                                                            :   **TO ADMIT**
DELTA AIR LINES, INC. and POST-EFFECTIVE                    :   **JASON W. HARBOUR AS**
DATE COMMITTEE OF DELTA AIR LINES,                          :   **COUNSEL *PRO HAC VICE***
INC.,                                                       :
                                                            :
              Appellees.                                    :
------------------------------------------------------------x

State of New York        )
                         )  ss:
County of New York       )

Scott H. Bernstein, being duly sworn, hereby deposes and says as follows:

1.   I am an associate at Hunton & Williams LLP, counsel for Appellants in the above-captioned appeal. I am familiar with the proceedings in this case. I make this affidavit based on my personal knowledge of the facts set forth herein and in support of Appellants' motion to admit Jason W. Harbour as counsel *pro hac vice* to represent Appellants in this matter.

2.   I am a member in good standing of the bar of the State of New York, and was admitted to practice law on January 22, 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.   I have known Jason W. Harbour since May of 2007.

4. Jason W. Harbour is an associate at Hunton & Williams LLP and his office is located in Richmond, Virginia.

5. I have found Mr. Harbour to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Jason W. Harbour, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Jason W. Harbour, *pro hac vice* which is attached hereto as <u>Exhibit A</u>.

WHEREFORE it is respectfully requested that the motion to admit Jason W. Harbour, *pro hac vice*, to represent Appellants in the above-captioned matter, be granted.

Dated: August 13, 2008
City, State: New York, New York

Respectfully submitted,

_____
Name of Movant:    Scott H. Bernstein
SDNY Bar Code:     SB-8966

Sworn to before me this
13th day of August, 2008

_____
Notary Public

CONSTANCE ANDONIAN
Notary Public, State of New York
No. 01AN4960360
Qualified in Westchester County
Commission Expires December 26, 20__

2



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

This is to certify that **JASON WILLIAM HARBOUR** is an active member of the Virginia State Bar in good standing. **MR. HARBOUR** was licensed to practice law in Virginia on **OCTOBER 15, 2004**, after successfully passing the bar examination given by the Virginia Board of Bar Examiners.

*Karen A. Gould*
Executive Director and
Chief Operating Officer

Issued August 6, 2008

# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Jason William Harbour** was admitted to practice as an attorney in the Courts of this State on **March 12, 2002** and is an **inactive** member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 8th day of August 2008.



Cathy L. Howard
Clerk of the Supreme Court

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :
DELTA AIR LINES, INC., et al.,                              :   Chapter 11
                                                            :   Case No. 05-17923 (ASH)
                                  Debtors.                  :   (Jointly Administered)
                                                            :
------------------------------------------------------------x
                                                            :
BELL ATLANTIC TRICON LEASING                                :
CORPORATION and VERIZON CAPITAL                             :
CORP.,                                                      :   08 Civ. 6879 (RMB)
                                                            :
                                  Appellants,               :
                                                            :
            - against -                                     :
                                                            :
DELTA AIR LINES, INC. and POST-EFFECTIVE                    :
DATE COMMITTEE OF DELTA AIR LINES,                          :
INC.,                                                       :
                                                            :
                                  Appellees.                :
                                                            :
------------------------------------------------------------x
```

**U.S. DISTRICT COURT FILED AUG 14 2008 S.D. OF N.Y.**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) SS
COUNTY OF NEW YORK     )

   Scott H. Bernstein, being duly sworn, deposes and says:

   1.   I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, 53rd Floor, New York, New York 10166.

   2.   On August 13, 2008, I served a true and correct copy of the *Motion to Admit Jason W. Harbour as Counsel Pro Hac Vice* and the *Motion to Admit Benjamin C. Ackerly as*

*Counsel Pro Hac Vice* upon the parties listed below by United States Post Service First Class mail.

        Michael E. Wiles, Esq.
        Richard F. Hahn, Esq.
        Debevoise & Plimpton LLP
        919 Third Avenue
        New York, New York 10022

        David H. Golden, Esq.
        David H. Botter, Esq.
        Mitchell P. Hurley, Esq.
        Akin Gump Strauss Hauer & Feld LLP
        590 Madison Avenue
        New York, New York 10022

Dated: New York, New York
       August 13, 2008

                                              Scott H. Bernstein

Sworn to before me on this
13th day of August 2008

    Notary Public

    CONSTANCE ANDONIAN
    Notary Public, State of New York
    No. 01AN4960360
    Qualified in Westchester County
    Commission Expires December 26, 20___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :
DELTA AIR LINES, INC., et al.,                              :   Chapter 11
                                                            :   Case No. 05-17923 (ASH)
                                    Debtors.                :   (Jointly Administered)
                                                            :
------------------------------------------------------------x
                                                            :
BELL ATLANTIC TRICON LEASING                                :
CORPORATION and VERIZON CAPITAL                             :
CORP.,                                                      :   08 Civ. 6879 (RMB)
                                                            :
                                    Appellants,             :   **ORDER FOR ADMISSION OF**
                                                            :   **JASON W. HARBOUR**
        - against -                                         :   *PRO HAC VICE*
                                                            :   **ON WRITTEN MOTION**
DELTA AIR LINES, INC. and POST-EFFECTIVE                    :
DATE COMMITTEE OF DELTA AIR LINES,                          :
INC.,                                                       :
                                                            :
                                    Appellees.              :
------------------------------------------------------------x

Upon the motion of Scott H. Bernstein attorney for Bell Atlantic Tricon Leasing Corporation and Verizon Capital Corp. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jason W. Harbour |
| Firm Name: | Hunton & Williams LLP |
| Address: | Riverfront Plaza, East Tower, 951 East Byrd Street |
| City/State/Zip: | Richmond, Virginia 23219-4074 |
| Telephone/Fax: | (804) 788-7233 |
| Email Address: | jharbour@hunton.com |

is admitted to practice *pro hac vice* as counsel for Bell Atlantic Tricon Leasing Corporation and Verizon Capital Corp. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:           August __, 2008
City, State:   New York, New York

_____
United States District/Magistrate Judge

2