USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                 :
                                                       :
DELTA AIR LINES, INC., et al.,                         :    Chapter 11
                                                       :    Case No. 05-17923 (ASH)
                           Debtors.                    :    (Jointly Administered)
                                                       :
-------------------------------------------------------x
BELL ATLANTIC TRICON LEASING                           :
CORPORATION and VERIZON CAPITAL                        :
CORP.,                                                 :    08 Civ. 6879 (RMB)
                                                       :
                           Appellants,                 :    ORDER FOR ADMISSION OF
                                                       :    BENJAMIN C. ACKERLY
         - against -                                   :    *PRO HAC VICE*
                                                       :    ON WRITTEN MOTION
DELTA AIR LINES, INC. and POST-EFFECTIVE               :
DATE COMMITTEE OF DELTA AIR LINES,                     :
INC.,                                                  :
                                                       :
                           Appellees.                  :
-------------------------------------------------------x

Upon the motion of Scott H. Bernstein attorney for Bell Atlantic Tricon Leasing Corporation and Verizon Capital Corp. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Benjamin C. Ackerly |
| Firm Name: | Hunton & Williams LLP |
| Address: | Riverfront Plaza, East Tower, 951 East Byrd Street |
| City/State/Zip: | Richmond, Virginia 23219-4074 |
| Telephone/Fax: | (804) 788-8479 |
| Email Address: | backerly@hunton.com |

is admitted to practice *pro hac vice* as counsel for Bell Atlantic Tricon Leasing Corporation and Verizon Capital Corp. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:         August 26, 2008
City, State:   New York, New York

*Richard M. Berman*
United States District ~~Magistrate~~ Judge

2