UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------×
                                  :

In re:                             :

DELTA AIR LINES, INC., et al.,     :

             Debtors.    :        Chapter 11
                                  :        Case No. 05-17923 (ASH)
---------------------------------------------------------×  (Jointly Administered)
BELL ATLANTIC TRICON LEASING  :
CORPORATION and VERIZON CAPITAL  :
CORP.,                       :        08-CV-6879 (RMB)
                                  :

            Appellants,    :

      -against-          :

DELTA AIR LINES, INC. and     :
POST-EFFECTIVE DATE COMMITTEE OF  :
DELTA AIR LINES, INC.,      :

            Appellees.    :
---------------------------------------------------------×

**BRIEF  ON APPEAL OF THE BANK OF NEW YORK MELLON, AS
INDENTURE TRUSTEE AND PASS THROUGH TRUSTEE, IN
<u>RESPONSE TO APPELLANTS' OPENING BRIEF</u>**

Leo T. Crowley (LC-1311)          Mark M. Elliott (ME-0840)
Eric Fishman (EF-9664)            Michael J. Reilly (MR-6994)
Margot Erlich (ME-2117)           Joshua Dorchak (JD-1874)
PILLSBURY WINTHROP SHAW     BINGHAM MCCUTCHEN LLP
PITTMAN LLP                 399 Park Avenue
1540 Broadway               New York, New York 10022
New York, NY 10036-4039        (212) 705-7000
(212) 858-1740

The Bank of New York Mellon (formerly known as The Bank of New York), as indenture trustee and pass through trustee ("BNY Mellon"), through its undersigned counsel, respectfully submits this brief in response to the Appellants' Opening Brief on Appeal ("Appellants' Brief") filed by Appellants Bell Atlantic Tricon Leasing Corporation and Verizon Capital Corp.  Capitalized terms used herein have the meaning set forth in the Appellants' Brief.

## ARGUMENT

The Disallowance Order was entered based on the Bankruptcy Court's rulings in the Decisions.  Accordingly,  BNY Mellon incorporates herein by reference the arguments it raised in its briefs in each of the Pending Appeals.

## CONCLUSION

For the foregoing reasons, BNY Mellon respectfully requests that the Disallowance Order be affirmed.


Dated: New York, New York
       September 5, 2008

| | |
|---|---|
| BINGHAM MCCUTCHEN LLP | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| Mark M. Elliott (ME-0840) | |
| Michael J. Reilly (MR-6994) | By:  s/ *Leo T. Crowley* |
| Joshua Dorchak (JD-1874) | Leo T. Crowley (LC-1311) |
| 399 Park Avenue | Eric Fishman (EF-9664) |
| New York, New York 10022 | Margot Erlich (ME-2117) |
| (212) 705-7000 | 1540 Broadway |
| | New York, NY 10036-4039 |
| | (212) 858-1740 |

*Attorneys for The Bank of New York Mellon, as Indenture*
*Trustee and Pass Through Trustee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------×
                            :

In re:                            :

                            :

DELTA AIR LINES, INC., et al.,      :

                            :

           Debtors.    :       Chapter 11

                            :       Case No. 05-17923 (ASH)

--------------------------------------------------------×    (Jointly Administered)

BELL ATLANTIC TRICON LEASING   :
CORPORATION and VERIZON CAPITAL :
CORP.,                      :       08-CV-6879 (RMB)

                            :

           Appellants,   :

                            :

      -against-        :

                            :

DELTA AIR LINES, INC. and      :
POST-EFFECTIVE DATE COMMITTEE OF :
DELTA AIR LINES, INC.,       :

                            :

           Appellees.   :
--------------------------------------------------------×

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the BRIEF ON
APPEAL OF THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE
AND PASS THROUGH TRUSTEE, IN RESPONSE TO APPELLANTS' OPENING
BRIEF, filed by PILLSBURY WINTHROP SHAW PITTMAN LLP, were served via
Hand-Delivery and/or Federal Express to the parties on the attached service list on the 5th
day of September, 2008.

Dated:  September 5, 2008                Carrie Altenburg____
                                        /s/ Carrie Altenburg

500268868v1

SERVICE VIA HAND-DELIVERY:

Honorable Richard M. Berman
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY  10007

Honorable Adlai S. Hardin Jr.
United States Bankruptcy Court, S.D.N.Y.
One Bowling Green
New York, NY  10004-1408

SERVICE VIA FEDERAL EXPRESS:

Scott Howard Bernstein
Hunton & Williams, LLP
200 Park Avenue, 52nd Floor
New York, NY  10166

Benjamin C. Ackerly
Jason W. Harbour
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074

Michael E. Wiles
Richard F. Hahn
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022

David H. Golden
David H. Botter
Mitchell P. Hurley
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY  10022

500268868v1